Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEHNAZ MALIK | No. 2:10-CV-00817-MCE-KJN |
| Plaintiff, | STIPULATION TO DISMISS; ORDER THEREON |
| v. | |
| CHRISTINA POULOS, ET. AL. | |
| Defendants. | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services (USCIS) approved Plaintiff's employment authorization application on May 14, 2010.

Dated:  June 1, 2010                            Respectfully submitted,

 /s/ Robert B. Jobe
_____
Robert B. Jobe
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108

```
                                    (415) 956-5513
                                    (415) 840-0308 fax
```

Attorney for Plaintiff

Dated: June 1, 2010                 /s/ Audrey Benison Hemesath
                                    _____
                                    Audrey Benison Hemesath
                                    United States Attorney's Office
                                    501 I Street, Suite 10-100
                                    Sacramento, CA 95814
                                    (916) 554-2729
                                    (916) 554-2886 fax

                                    Attorney for Defendants.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Clerk of Court is hereby directed to close this file.

Dated:  June 3, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE